# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVENDER KUMAR,<br><br>         Petitioner,<br><br>v.<br><br>JEREMY CASEY, Warden of Imperial Regional Detention Center, et. al.,<br><br>         Respondents. | Case No.: 26-cv-0645-BJC-BJW<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AS MOOT** |

  Petitioner Devender Kumar, a citizen of India, entered the United States on April 9, 2023, without inspection. ECF 1 ¶ 17.  He was detained by the Department of Homeland Security ("DHS") shortly after entry and later released on an Order of Release on Recognizance under supervision and with certain conditions, including participation in Alternatives to Detention and regular reporting to Immigration and Customs Enforcement ("ICE").  *Id*. ¶¶ 17, 18.  Despite his compliance with the conditions of his release, ICE re-detained Petitioner on January 26, 2026.  *Id*. ¶ 22.

  On February 2, 2026, Petitioner filed the instant Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and a motion for a temporary restraining order, asserting his re-detention pursuant to DHS's determination that he is subject to detention under 8 U.S.C.

1   § 1225 violates his due process rights and applicable immigrations regulations.  ECF No.
2   1.  This Court set a briefing schedule and issued a limited stay.  ECF No. 2.  Respondents
3   filed a return to the petition on January 29, 2026.  ECF No. 4.  In their return, Respondents
4   acknowledge that Petitioner, pursuant to the judgment in *Maldonado Bautista v. Santacruz*,
5   No. 5:25-CV-01873-SSS-BFM, 2025 WL 3713987, at *1 (C.D. Cal. Dec. 18, 2025), "is
6   detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a
7   bond hearing be held pursuant to 8 U.S.C. § 1226(a)."  ECF No. 4 at 2.

8   Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus.
9   Respondents shall immediately release Petitioner on his own recognizance under the
10  previously determined conditions.  Petitioner's request for attorneys' fees and costs is
11  DENIED without prejudice to Petitioner filing an appropriate application for fees.  The
12  Clerk of Court shall close this matter.

13  **IT IS SO ORDERED**.
14  Dated:  February 18, 2026

*[signature]*
_____
Honorable Benjamin J. Cheeks
United States District Judge